**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 235 MAL 2022

       Respondent

                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court

       v.

ANGEL ECHEVARRIA,

       Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.